UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-20201-GAYLES/TORRES

**BANCOR GROUP INC., et al.,**

        Plaintiffs,

**v.**

**GABINA RODRIGUEZ, et al.,**

        Defendants.

_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Defendants' Motion to Dismiss the Verified Complaint (the "Motion"). [ECF No. 21]. The action was referred to Chief Magistrate Judge Edwin Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 9]. On June 14, 2022, Judge Torres issued his report recommending that the Motion be denied (the "Report"). [ECF No. 67]. Defendants have timely objected to the Report. [ECF No. 85]. In particular, Defendants argue that the Report draws inferences beyond those reasonably contemplated by the allegations in the Complaint and infringes on executive branch functions. *Id*.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

In his Report, Judge Torres finds that Plaintiffs have adequately alleged their claims. The Court has reviewed the Report and Defendants' objections and has conducted a *de novo* review of the record. The Court agrees with Judge Torres's finding that the Complaint adequately states a claim and recommendation that the Motion be denied. However, the Court does not adopt Section I.C of Report, "Inferences drawn from the complaint", because those "inferences" are too far removed from the allegations in the Complaint and are not necessary to resolve the Motion.

## CONCLUSION

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1)  Judge Torres's Report and Recommendation, [ECF No. 67], is **ADOPTED in part**;

(2)  Defendants' Motion to Dismiss the Verified Complaint [ECF No. 21] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of July, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE