UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-20201-GAYLES/TORRES

**BANCOR GROUP INC., et al.,**

          Plaintiffs,

**v.**

**GABINA RODRIGUEZ, et al.,**

          Defendants.

_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Plaintiffs' Amended Motion for Preliminary Injunction (the "Motion"). [ECF No. 115]. The action was referred to Chief Magistrate Judge Edwin Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 9]. Judge Torres conducted a three-day evidentiary hearing on the Motion and, on December 21, 2022, issued his report recommending that the Motion be denied (the "Report"). [ECF No. 174]. Plaintiffs have timely objected to the Report, [ECF No. 197],[1] and Defendants have filed a response to the Objections, [ECF No. 203].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see*

---

[1] Plaintiffs filed their objections on January 4, 2023, [ECF No. 180], but later filed "Corrected" objections to include specific references to docket entries and to attach excerpts of the preliminary injunction hearing transcript. [ECF No. 197].

*also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

In his Report, Judge Torres finds that Plaintiffs fail to establish a likelihood of success on the merits on their claims against Defendants. The Court has reviewed the Report, Plaintiffs' objections, and Defendants' response to the objections and has conducted a *de novo* review of the record. The Court agrees with Judge Torres's well-reasoned finding that Plaintiffs failed to establish a likelihood of success on the merits of their breach of fiduciary duty claims and recommendation that the Motion be denied. In particular, the Court finds that, based on the evidence in the record, Defendants' actions are presumptively protected by the business judgment rule and that, at this time, Plaintiffs have not established that Defendants' actions were necessarily motivated by a conflict of interest.

## CONCLUSION

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Torres's Report and Recommendation, [ECF No. 174], is **ADOPTED in full**;

(2) Plaintiffs' Amended Motion for Preliminary Injunction, [ECF No. 115], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of April, 2023.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE