UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-20201-DPG

BANCOR GROUP, INC., and STITCHING
PARTICULIER FONDS FRANEKER,
derivatively on behalf of
EASTER NATIONAL BANK, N.A.,

  Plaintiffs,

v.

GABINA RODRIGUEZ, LOUIS FERREIRA,
CESAR A. GOMEZ VALERO, KEITH PARKER,
CARLOS RODRIGUEZ, and GUSTAVO MACIAS

  Defendants.
_____/

**PLAINTIFFS' MOTION FOR A SEVEN DAY EXTENSION OF TIME
TO FILE RESPONSES TO DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT [D.E. 263 AND D.E. 264]**

  Plaintiffs Bancor Group, Inc. ("Bancor") and Stitching Particulier Fonds Franeker ("Franeker") (collectively "Plaintiffs"), respectfully move for a seven-day extension of time to file their Responses to Defendants' Motions for Summary Judgment [D.E. 263 and D.E. 264] ("Responses"), and in support state as follows.

  1. Plaintiffs' Responses to Defendants' Motion for Summary Judgment [D.E. 263 and D.E. 264] is currently due on May 1, 2023.

  2. Defendants have filed two motions for summary judgment, two Daubert motions and four motions *in limine*. Undersigned counsel is diligently working to respond to Defendants' multiple motions, but given the number of motions—*eight*—and pressing deadlines on other

matters, Plaintiffs are requesting an additional seven-day extension of time, up to and including, May 8, 2023 to file their Responses.

3. The requested extension is sought in good faith and not for delay or any improper purpose, and the granting of this Motion will not prejudice any party.

4. Pursuant to S.D. Fla. L.R. 7.1(a)(2), a proposed order granting the relief sought herein is attached to this Motion.  The final version of the proposed order will be e-mailed to the Honorable District Court Judge Darin P. Gayles (gayles@flsd.uscourts.gov) pursuant to the Administrative Procedures for Case Management Electronic Case Filing CM/ECF of this Court.

WHEREFORE, Defendants respectfully request that this Court enter an order granting: (1) Plaintiffs' Motion and extending the deadline for Plaintiffs to file their Responses up to and including May 8, 2023 and (2) such other and further relief as the Court deems just and proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned counsel for Plaintiff Bancor Group Inc. and Stitching Particulier Fonds Franeker certifies that he has conferred with Defendants' counsel who opposes the relief sought herein.

Date: April 27, 2023                                    Respectfully submitted,

**Diego Pérez Ara**
Derek E. León
  Florida Bar No. 625507
Diego Pérez Ara
  Florida Bar No. 1023765
**LEÓN COSGROVE, LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: 305.740.1975
Facsimile: 305.351.4059
Email: dleon@leoncosgrove.com
Email: dperez@leoncosgrove.com
Email: eperez@leoncosgrove.com

Email: aquezada@leoncosgrove.com

Gregory S. Carter, Esq. (*Pro Hac Vice*)
**LEÓN COSGROVE, LLP**
999 18th Street, Suite 1925N
Denver, Colorado 80202
Telephone: (720) 689-7018
Email: gcarter@leoncosgrove.com
Email: rmartinez@leoncosgrove.com

*Counsel for Plaintiff*