**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 1:22-cv-20201-DPG

BANCOR GROUP, INC., and STITCHING
PARTICULIER FONDS FRANEKER,
derivatively on behalf of
EASTERN NATIONAL BANK, N.A.,

        Plaintiffs,
v.

GABINA RODRIGUEZ, LOUIS FERREIRA,
CESAR A. GOMEZ VALERO, KEITH PARKER,
CARLOS RODRIGUEZ, and GUSTAVO MACIAS,

        Defendants.
_____/

**MOTION OF THE OFFICE OF THE COMPTROLLER**
**OF THE CURRENCY FOR CLARIFICATION OR, IN THE ALTERNATIVE, TO**
**MODIFY THE PAPERLESS SCHEDULING ORDER**

The Office of the Comptroller of the Currency ("OCC") respectfully moves for clarification of the various paperless scheduling orders issued in this case, or, in the alternative, to modify the paperless scheduling order issued by this Court changing the time for the Calendar Call originally scheduled for May 29, 2024 at 9:30 a.m. to 10:30 a.m.  The OCC intends to appear for the limited purpose of responding to issues regarding enforcement of subpoenas raised in Plaintiffs' Motion to Overrule Objections to Admissibility of OCC Documents ("Motion") filed on May 24, 2024.  In support the OCC states:

1. The OCC was made aware of the Court's initial Paperless Scheduling Order ("Initial Order") scheduling a calendar call ("Call") for May 29, 2024 at 9:30 a.m.  The Initial Order included an option to appear telephonically.  As a non-party, the OCC did not intend to appear at that time.

2. Subsequent to the issuance of the Initial Order, on May 24, 2024, the Plaintiffs filed their Motion. Within the Motion, Plaintiffs have asked the Court to address enforcement of a subpoena served on the OCC at its headquarters office on Washington D.C. on May 20, 2024.

3. The Court issued a second paperless order, noted as "Time Change Only" modifying the time stated in the Initial Order from 9:30 a.m. to 10:30 a.m. In an abundance of caution, undersigned counsel notified counsel for all parties of the OCC's intention to attend the Call telephonically and requested confirmation of the telephone number and access code. The OCC was advised by Plaintiffs' counsel that after consultation with the courtroom deputy, the matter was to be in-person only.

4. Although the 10-day period for the OCC to file its response to the Motion has not expired, and although the Motion was not filed 14 days before the Call, the OCC wishes to be present to the extent the Motion will be addressed during the call.

5. Counsel for the OCC's assigned duty station is located at OCC headquarters in Washington, D.C. It would be unduly burdensome and expensive for Counsel to attend the Call in person.

WHEREFORE the OCC, as intervenor, requests that the Court clarify its paperless order to confirm inclusion of the original telephonic participation option, or, in the alternative, modify the paperless order to include a telephonic participation option.

Respectfully submitted,

*/s/ Jeffrey G. Kinstler*
Jeffrey G. Kinstler
Special Bar ID #A5503236


THEODORE J. DOWD
Acting Senior Deputy Comptroller and Chief Counsel

PATRICIA S. GRADY
Deputy Chief Counsel

PETER C. KOCH
Director for Litigation

JEFFREY G. KINSTLER
Counsel

JASON C. FERNANDES
Attorney

Office of the Comptroller of the Currency
400 7th Street SW
Washington, DC 20219
Telephone: (202) 649-6300
Fax: (202) 649-5709
jeffrey.kinstler@occ.treas.gov
jason.fernandes@occ.treas.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2024, I caused a copy of the foregoing to be filed on the Court's electronic filing system. All counsel of record will receive service thereby.

*/s/ Jason C. Fernandes*
Jason C. Fernandes