UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-20201-DPG

BANCOR GROUP, INC., and STITCHING
PARTICULIER FONDS FRANEKER,
derivatively on behalf of
EASTERN NATIONAL BANK, N.A.,

    Plaintiffs,

v.

GABINA RODRIGUEZ, LOUIS FERREIRA,
CESAR A. GOMEZ VALERO, KEITH PARKER,
CARLOS RODRIGUEZ, and GUSTAVO MACIAS

    Defendants.
_____/

## PLAINTIFFS' SUPPLEMENTAL MOTION TO PERMIT USE OF ELECTRONIC EQUIPMENT AT TRIAL

Plaintiffs, Bancor Group Inc. ("Bancor") and Stichting Particulier Fonds Franeker ("Franeker") (collectively, the "Minority Shareholders"), derivatively on behalf of Eastern National Bank, N.A. ("ENB" or the "Bank") (collectively, "Plaintiffs"), move this Court for an order permitting Plaintiffs, Plaintiffs' experts, and support personnel to bring electronic equipment into the Courthouse for use at trial, and in support state as follows.

    1.    Trial in this matter commenced on June 3, 2024, in Courtroom 11-1, of the Wilkie D. Ferguson, Jr. Courthouse, 400 North Miami Avenue, Miami, Florida 33128.

    2.    Counsel for Plaintiffs will be accompanied by Nelson Rodriguez, a trial consultant from TrialEx Consultants, who will assist with graphic presentation of exhibits and video-depositions. Therefore, Plaintiffs seek permission for their counsel and their trial consultant to

bring in and use laptops, iPads, and related electronic and computer equipment during the trial to make their presentation.

3. Plaintiffs' representatives Juan Santaella Telleria and Juan B. Santaella also seek to use their cellular phones to facilitate logistics with counsel.

4. Plaintiffs' Counsel, along with their support personnel, including an intern, Andres Fernandez, seek permission to bring electronic equipment, along with their cell phones and laptops.

5. Additionally, Plaintiffs may call their expert witness Charles Wayne Crowell and Adam Smith. Plaintiffs respectfully request that the Court allow Mr. Crowell and Mr. Smith to bring their electronic equipment, including cell phones and laptops to facilitate with their testimony.

6. The Southern District of Florida L.R. 77.1 and Administrative Order 2018-79 do not permit the use of electronic equipment in any section of the building where federal judicial proceedings are conducted unless otherwise permitted by the judicial officer before whom the particular case is pending.

7. Plaintiffs made and this Court granted a similar request to allow the use of electronic equipment and devices in the Courtroom during trial scheduled to commence in October 2023, before the trial was continued [DE 416], and on May 31, 2024 [DE 485].

8. Plaintiffs respectfully request entry of an Order allowing them to bring electronic equipment and devices in the Courtroom, to facilitate with their trial presentation as needed. Specifically, Plaintiffs seek to bring laptop computers, tablets, cell phones, and all necessary cables to operate any such equipment.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court enter an Order permitting the above-mentioned individuals to bring electronic equipment and devices into the Courtroom for use at trial.

Dated: June 11, 2024

Respectfully submitted,

**Diego Pérez Ara**
Derek E. León
Florida Bar No. 625507
Diego Pérez Ara
Florida Bar No. 1023765
**LEÓN COSGROVE JIMÉNEZ, LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: 305.740.1975
Facsimile: 305.351.4059
Email: dleon@leoncosgrove.com
Email: dperez@leoncosgrove.com


Heaven C. Chee (*pro hac vice*)
**LEÓN COSGROVE JIMÉNEZ, LLP**
700 Louisiana Street, Suite 700
Houston, Texas 77002
Telephone: 346.250.5660
Facsimile: 305.351.4059
Email: hchee@leoncosgrove.com

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERRAL

I hereby certify that counsel for Plaintiffs confer with Defendants' counsel by email, and counsel for Defendants do not object to the relief requested in this motion.

**Diego Pérez Ara**
Derek E. León