UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20201-CIV-GAYLES

BANCOR GROUP INC.,
    Plaintiff,

vs.

GABINA RODRIGUEZ, et al,
    Defendants.
_____/

## QUESTION AND/OR COMMENT FROM THE JURY

The following question and/or comment is asked by the jury:

1. What is the lowest dollar amount we can award.
Can we vote the defendants at fault and place the lowest dollar amount

6/26 6:58
Date/Time

Foreperson

Print Name

Answer to question and/or comment from jury:

Ladies and gentlemen,
The answer to your questions are contained in the jury instructions.

Date: 6/26/24

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20201-CIV-GAYLES

BANCOR GROUP INC.,
    Plaintiff,

vs.

GABINA RODRIGUEZ, et al,
    Defendants.
_____/

### QUESTION AND/OR COMMENT FROM THE JURY

The following question and/or comment is asked by the jury:

Question #9 means that the eventual amount of damage will be paid in equal part from the defendents? This even if we found one or more defendent not "guilty"?

6/27  10:11
Date/Time

Foreperson

Print Name

Answer to question and/or comment from jury:

Ladies & Gentlemen,
If you find that one or more defendants has breached a fiduciary duty and that Eastern National Bank has sustained damages, the apportionment of those damages will be determined by the Court. If you find that a defendant has not breached a fiduciary duty, that defendant is not responsible to pay damages.

Date: _____

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20201-CIV-GAYLES

BANCOR GROUP INC.,
    Plaintiff,

vs.

GABINA RODRIGUEZ, et al,
    Defendants.
_____/

## QUESTION AND/OR COMMENT FROM THE JURY

The following question and/or comment is asked by the jury:

*WE ~~ARE~~ HAVE REACHED A VERDICT*

6/27  3:33
Date/Time

_____
Foreperson

_____
Print Name

Answer to question and/or comment from jury:

Date:_____

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**