UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:22-cv-20201-DPG

BANCOR GROUP INC., and STITCHING
PARTICULIER FONDS FRANEKER,
derivatively on behalf of EASTERN
NATIONAL BANK, N.A.,

    Plaintiffs,

v.

GABINA RODRIGUEZ, et al.,

    Defendants.
_____/

## VERDICT FORM

1. Did Defendant Gabina Rodriguez breach the fiduciary duty of care owed to Eastern National Bank that was a legal cause of damage to the Bank?

    YES __✓__ NO _____

2. Did Defendant Gabina Rodriguez breach the fiduciary duty of loyalty owed to Eastern National Bank that was a legal cause of damage to the Bank?

    YES __✓__ NO _____

3. Did Defendant Carlos Rodriguez breach the fiduciary duty of care owed to Eastern National Bank that was a legal cause of damage to the Bank?

    YES __✓__ NO _____

4. Did Defendant Carlos Rodriguez breach the fiduciary duty of loyalty owed to Eastern National Bank that was a legal cause of damage to the Bank?

    YES _____ NO __✓__

5. Did Defendant Keith Parker breach the fiduciary duty of care owed to Eastern National Bank that was a legal cause of damage to the Bank?

   YES _____ NO ✓

6. Did Defendant Keith Parker breach the fiduciary duty of loyalty owed to Eastern National Bank that was a legal cause of damage to the Bank?

   YES _____ NO ✓

7. Did Defendant Gustavo Macias breach the fiduciary duty of care owed to Eastern National Bank that was a legal cause of damage to the Bank?

   YES _____ NO ✓

8. Did Defendant Gustavo Macias breach the fiduciary duty of loyalty owed to Eastern National Bank that was a legal cause of damage to the Bank?

   YES _____ NO ✓

If you answered YES to ANY of Questions 1 through 8, please answer Question 9. If you answered NO to ALL of Questions 1 through 8, please skip to Question 10.

9. What is the total amount of damage sustained by Eastern National Bank because of Defendants Gabina Rodriguez, Carlos Rodriguez, Keith Parker and/or Gustavo Macias's breach(es) of fiduciary duty?

   $ 800,000

10. Did Defendant Louis Ferreira breach the fiduciary duty of care owed to Eastern National Bank that was a legal cause of damage to the Bank?

    YES _____ NO ✓

11. Did Defendant Louis Ferreira breach the fiduciary duty of loyalty owed to Eastern National Bank that was a legal cause of damage to the Bank?

    YES _____ NO ✓

If you answered YES to Question 10 or 11, proceed to Question 12. If you answered NO to both Questions 10 and 11, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

2

**12. What is the total amount of damage sustained by Eastern National Bank because of Defendant Louis Ferreira's breach(es) of fiduciary duty?**

$ _____/_____

You have reached the end of the verdict form, and your foreperson should sign and date the last page of this verdict form.

SO SAY WE ALL.

Foreperson's Signature /_____

DATE: 6/27/2024