UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-20201-DPG

BANCOR GROUP, INC., and STITCHING
PARTICULIER FONDS FRANEKER,
derivatively on behalf of
EASTERN NATIONAL BANK, N.A.,

    Plaintiffs,

v.

GABINA RODRIGUEZ, LOUIS FERREIRA,
CESAR A. GOMEZ VALERO, KEITH PARKER,
CARLOS RODRIGUEZ, and GUSTAVO MACIAS

    Defendants.
_____/

## PLAINTIFFS' MOTION FOR BRIEF CONTINUANCE OF EVIDENTIARY HEARING

Plaintiffs Bancor Group Inc. ("Bancor") and Stitching Particulier Fonds Franeker ("Franeker") (collectively, the "Minority Shareholders"), derivatively on behalf of Eastern National Bank, N.A. ("ENB" or the "Bank") (collectively "Plaintiffs"), submit this Motion for Brief Continuance. The Court scheduled an evidentiary hearing on Plaintiffs' request for a permanent injunction for July 29, 2024. Plaintiffs respectfully move for a continuance of this hearing for fifteen days or, in the alternative, four days,[1] in order to accommodate a key witness' schedule and for Plaintiffs to have an opportunity to review documents that Plaintiffs are requesting from Defendants.

---

[1] During the July 9, 2024, status conference the Court offered August 2, 2024 as a potential date for the evidentiary hearing. To the extent the Court is unavailable during the week of August 12 or later in August, Plaintiffs would prefer August 2, 2024 to the current date to accommodate our expert's schedule.

## **ARGUMENT**

**I.      The Court should continue its evidentiary hearing so that it can hear from a key expert witness.**

After a status conference on July 9, 2024, the Court scheduled an evidentiary hearing for July 29, 2024, to consider Plaintiffs' request for a permanent injunction. Dkt. 541. Plaintiffs are requesting a permanent injunction that would: (1) nullify all actions taken at the December 17, 2021, shareholder meeting, including the election of the Board of Directors and the vote to approve the authorization of the additional shares of ENB stock; (2) order Defendants Ferreira, Parker, Carlos Rodriguez, and Macias notice and hold a shareholders meeting for the purpose of electing a Board of Directors that complies with the ENB's Articles of Incorporation and By-laws and the 2020 Consent Order; (c) enjoin Defendants Ferreira, Parker, Carlos Rodriguez, and Macias from taking any action to implement the Equity Incentive Plan that would allow for the issuance of restricted stock units ("RSUs"). Dkt. 1 *at* 31.

At the hearing, the parties will present additional evidence not already considered by this Court prior to or during trial. Specifically, Plaintiffs intend to call expert Adam Smith, who will be able to testify that, if implemented, the issuance of additional shares and the RSU Plan will put the Bank in danger of additional and significant regulatory costs, penalties, and commercial risk. Mr. Smith will also be able to testify that Defendants did not have the proper authorization from the Office of Foreign Assets Control ("OFAC") to approve the issuance of additional ENB stock. Moreover, Mr. Smith will opine about the misstatements Gabina Rodriguez, and the Bank, made to OFAC in prior applications for licenses—and how those misstatements create a heightened, ongoing regulatory risk for the Bank and may nullify all actions taken pursuant to those licenses.

Mr. Smith has an unavoidable professional conflict on the current hearing date. Because Mr. Smith's testimony is critical to resolving material disputes between Plaintiffs and Defendants relevant

to the permanent injunction, Plaintiffs request that the evidentiary hearing be continued briefly for fifteen days to the week of August 12, 2024 or, in the alternative, for four days to August 2, 2024.

## CONCLUSION

Based on the foregoing, Plaintiffs respectfully request that the Court enter an order continuing the evidentiary hearing on Plaintiffs' request for a permanent injunction to the week of August 12, 2024 or, in the alternative, to August 2, 2024.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Plaintiffs certifies that Counsel for Defendants oppose the relief requested herein.

Dated: July 11, 2024                    Respectfully submitted,

**Diego Pérez Ara**
Derek E. León
Florida Bar No. 625507
Diego Pérez Ara
Florida Bar No. 1023765
**LEÓN COSGROVE JIMÉNEZ, LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: 305.740.1975
Facsimile: 305.351.4059
Email: dleon@leoncosgrove.com
Email: dperez@leoncosgrove.com


Heaven C. Chee (*pro hac vice*)
**LEÓN COSGROVE JIMÉNEZ, LLP**
700 Louisiana Street, Suite 5300
Houston, Texas 77002
Telephone: 346.250.5660
Facsimile: 305.351.4059
Email: hchee@leoncosgrove.com

*Counsel for Plaintiffs*